IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-160 CRB |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL INFORMATION ON RESTITUTION** |
| v. | |
| KEITH MONROE WALLACE, | |
| Defendant. | |

At a restitution hearing on October 21, 2015, the Government offered to provide the Court with supplemental information regarding Defendant Keith Wallace's ability to pay restitution. After considering the arguments raised by the parties at the restitution hearing and in their papers, the Court concludes that it will not consider Defendant's ability to pay in setting the amount of restitution here and VACATES the hearing set for November 10, 2015.

**IT IS SO ORDERED.**

Dated: November 5, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE